# EXHIBIT 1

**PBC Meriter/Actuary**
**Notes on calculations:**
Meriter Health Services provided census data in columns A-K.
Actuarial present value factors in column N were based on the following interest rates and mortality tables

| Year | Interest | Mortality |
|---|---|---|
| 1991 | 7.25% | UP84 (Unisex) |
| 1992 | 6.50% | UP84 (Unisex) |
| 1993 | 5.75% | UP84 (Unisex) |
| 1994 | 4.50% | UP84 (Unisex) |
| 1995 | 6.00% | UP84 (Unisex) |
| 1996 | 4.50% | UP84 (Unisex) |
| 1997 | 4.50% | UP84 (Unisex) |
| 1998 | 4.25% | UP84 (Unisex) |
| 1999 | 4.00% | UP84 (Unisex) |
| 2000 | 6.15% | 83GAM (Rev Rul 95-6) |
| 2001 | 5.78% | 83GAM (Rev Rul 95-6) |

PBGC / 120% PBGC rates were used in 1991 - 1999. The rates shown in column C are the immediate PBGC rate for the year in question

The rate tables are contained on the tab entitled "Rates"

A. Annuity at Normal Retirement in Column M - Per McGladrey, this amount is the account balance divided by 8. This methodology does not include future interest credits in the accrued benefit for participants not yet at normal retirement age. DCES notes that the IRS has stated they believe future interest credits are part of a participant's accrued benefit.

N.** Distributions for 2002 and forward are determined based on 417(e) calculations and account balances.

Note: This workpaper was copied out of prior year workpapers. The workpaper is the calculation for the $800,000 contingent liability reported by the actuary. According to review of the actuary report at wp 1300.10 there have been no changes that would change recognition of this amount. The actuary believes there has been no changes in legislation that change the status of this liability. Therefore, no changes will be made to this liability. See correspondence from Stu Strope, HR manager at Meriter, in regards to this liability at wp 2100.31

Meriter Pension 417(E) Accrued Liability

**Participant Data**

| Employee No | First Name | Last Name | Pension Entry Date | Date of Hire | Date of Birth | Date of Termination | Age @ Termination | Cashout Date | Age at Cash out date #1 | Account Balance Distribution | Annuity at Normal Retirement | Deferred to Age 65 Annuity Factor Based on Rates Disclosed in B6:D16 | Column M multiplied by Column N | Excess of Column O over Column K | Column P Projected to 12/31/01 at 5% Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | MARJORIE J. | CHRISTOPH | 1/1/1976 | 12/17/1973 | Redacted | 10/28/2000 | Redacted | 2/20/2001 | Redacted | 150,826 | 18,853 | 10.76093 | 202,879 | 52,053 | 54,284 |
| | AUDREY A. | TESSMER | 1/1/1972 | 12/9/1988 | | 3/9/2001 | | 4/24/2001 | | 225,281 | 28,160 | 9.65838 | 271,982 | 46,700 | 48,294 |
| | DONALD | KALINA | 6/1/1975 | 5/15/1972 | | 10/3/1997 | | 7/1/2001 | | 160,769 | 20,096 | 10.04815 | 201,929 | 41,160 | 42,179 |
| | GERTRUDE | NORDLING | 1/1/1977 | 10/1/1973 | | 6/30/1999 | | 4/13/2000 | | 131,976 | 16,497 | 10.07906 | 166,275 | 34,298 | 37,297 |
| | CAROLYN | FILLNER | 10/1/1977 | 1/10/1963 | | 2/29/2000 | | 4/14/2000 | | 111,883 | 13,985 | 10.39123 | 145,325 | 33,442 | 36,361 |
| | JAMES | MARSHALL | 3/15/1973 | 3/4/1970 | | 12/31/1989 | | 7/21/1997 | | 196,128 | 24,516 | 9.27116 | 227,291 | 31,164 | 38,719 |
| | SUSANNE | AHNER | 1/1/1983 | 9/13/1976 | | 5/1/2001 | | 6/1/2001 | | 82,193 | 10,274 | 10.78431 | 110,799 | 28,606 | 29,433 |
| | DARLENE Y | FINCH | 4/1/1974 | 3/29/1971 | | 3/16/2001 | | 4/26/2001 | | 92,533 | 11,567 | 10.13555 | 117,234 | 24,701 | 25,537 |
| | PATRICIA | MUELLER | 5/30/1967 | 9/29/1958 | | 5/7/1999 | | 4/20/2000 | | 179,661 | 22,458 | 9.06076 | 203,483 | 23,822 | 25,881 |
| | JAMES | GALLAGHER | 7/1/1965 | 5/6/1957 | | 3/24/1998 | | 5/8/1998 | | 105,251 | 13,261 | 9.45485 | 125,574 | 19,323 | 23,091 |
| | ELIZABETH | DERLEIN | 1/1/1978 | 7/26/1976 | | 5/27/1997 | | 3/2/1998 | | 81,488 | 10,186 | 9.79345 | 99,756 | 18,268 | 22,028 |
| | MONA | SCOTT | 12/30/1967 | 3/4/1958 | | 8/31/1997 | | 3/12/1999 | | 105,244 | 13,156 | 9.36831 | 123,245 | 18,001 | 20,644 |
| | RUTH J. | SCHWARTZLOW | 9/1/1980 | 1/11/1973 | | 1/19/2001 | | 3/6/2001 | | 90,562 | 11,320 | 9.49472 | 107,483 | 16,921 | 17,613 |
| | GLORIA | WEEDEN | 9/1/1975 | 8/28/1972 | | 10/6/1998 | | 4/2/1999 | | 91,485 | 11,436 | 9.41879 | 107,710 | 16,225 | 18,555 |
| | ELIZABETH | COAN | 1/1/1976 | 6/7/1971 | | 4/28/1996 | | 2/1/2001 | | 72,135 | 9,017 | 9.78061 | 88,191 | 16,056 | 16,787 |
| | MARGARET M. | OBRIEN | 1/1/1976 | 1/7/1974 | | 5/16/1997 | | 4/1/2001 | | 47,852 | 5,981 | 10.45540 | 62,539 | 14,687 | 15,235 |
| | IRMA | KORBITZ | 4/1/1983 | 10/11/1982 | | 10/1/1997 | | 4/14/2000 | | 76,617 | 9,577 | 9.41379 | 90,157 | 13,540 | 14,722 |
| | PHYLLIS | JOHNSON | 1/1/1976 | 11/6/1972 | | 9/1/1995 | | 2/5/1996 | | 66,079 | 8,260 | 9.63304 | 79,568 | 13,489 | 17,994 |
| | JOAN | STEPHEN | 1/1/1977 | 12/1/1975 | | 10/2/1998 | | 2/13/1999 | | 59,641 | 7,455 | 9.80632 | 73,107 | 13,466 | 15,500 |
| | PEGGY | MCDONALD | 1/1/1986 | 9/2/1969 | | 9/2/1999 | | 2/9/2001 | | 43,854 | 5,482 | 10.09638 | 55,348 | 11,492 | 12,000 |
| | JOAN | MILES | 3/1/1980 | 1/8/1979 | | 2/25/1996 | | 3/21/1996 | | 57,428 | 7,178 | 9.47042 | 67,983 | 10,555 | 13,997 |
| | BARBARA | BERNHARDT | 9/1/1978 | 9/7/1976 | | 12/31/1997 | | 2/6/1998 | | 103,435 | 12,929 | 8.76865 | 113,373 | 9,938 | 12,022 |
| | ELAINE I. | FRENCH | 4/1/1983 | 6/27/1973 | | 4/25/1997 | | 11/9/2001 | | 47,558 | 5,945 | 9.60909 | 57,124 | 9,566 | 9,632 |
| | GLORIA | JONES-BEY | 1/1/1980 | 11/27/1978 | | 10/31/1994 | | 2/6/1995 | | 133,806 | 16,726 | 8.54987 | 143,003 | 9,197 | 12,881 |

CG000904

| Employee No | First Name | Last Name | Pension Entry Date | Date of Hire | Date of Birth | Date of Termination | Age @ Termination | Cashout Date | Age at Cash out date #1 | Account Balance Distribution | Annuity at Normal Retirement | Deferred to Age 65 Annuity Factor Based on Rates Disclosed in B6:D16 | Column M multiplied by Column N | Excess of Column O over Column K | Column P Projected to 12/31/01 at 5% interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | ELAINE | KROEGER | 7/1/1980 | 1/24/1979 | Redacted | 6/15/1999 | Redacted | 4/13/2000 | Redacted | 38,941 | 4,868 | 9.81348 | 47,769 | 8,827 | 9,599 |
| | MARY | DROPSHO | 1/1/1985 | 8/25/1980 | | 4/21/2000 | | 4/21/2000 | | 81,525 | 10,191 | 8.81023 | 89,782 | 8,257 | 8,969 |
| | MADGE | POLIDORA | 11/1/1984 | 9/12/1983 | | 1/7/1997 | | 5/14/1999 | | 37,910 | 4,739 | 9.74172 | 46,163 | 8,254 | 9,386 |
| | MARVEL | BREIDUNG | 4/1/1984 | 2/14/1983 | | 9/19/1999 | | 3/22/2000 | | 55,603 | 6,950 | 9.11087 | 63,324 | 7,721 | 8,421 |
| | DONNA | HANSEN | 4/1/1988 | 8/21/1974 | | 10/1/1999 | | 2/24/2000 | | 32,253 | 4,032 | 9.81348 | 39,564 | 7,311 | 8,003 |
| | JANICE | MANNING | 7/1/1977 | 1/7/1971 | | 1/7/2000 | | 4/27/2000 | | 120,790 | 15,099 | 8.46712 | 127,843 | 7,053 | 7,655 |
| | DEAN | NELSON | 10/1/1983 | 7/11/1983 | | 11/24/1989 | | 4/16/1999 | | 130,710 | 16,339 | 8.36104 | 136,609 | 5,899 | 6,734 |
| | JOAN | MOORE | 10/1/1990 | 4/3/1989 | | 4/11/1999 | | 5/6/1999 | | 29,048 | 3,631 | 9.60481 | 34,875 | 5,827 | 6,634 |
| | BETTY | VANBUREN | 10/1/1987 | 12/6/1984 | | 3/31/2000 | | 4/13/2000 | | 26,232 | 3,279 | 9.59928 | 31,476 | 5,244 | 5,702 |
| | MEREDITH | OEHLKERS | 7/1/1986 | 6/25/1979 | | 4/30/2000 | | 5/18/2000 | | 79,760 | 9,970 | 8.51340 | 84,878 | 5,119 | 5,540 |
| | BLANCHE | TURNER | 10/1/1987 | 3/4/1976 | | 5/16/1997 | | 6/17/1997 | | 16,644 | 2,080 | 10.36666 | 21,568 | 4,924 | 6,145 |
| | JOAN | RAFFEL | 7/1/1986 | 5/20/1985 | | 12/26/1997 | | 2/6/1998 | | 30,377 | 3,797 | 9.23790 | 35,078 | 4,700 | 5,686 |
| | AUDREY | RYAN | 1/1/1986 | 1/23/1978 | | 7/1/1994 | | 8/9/1994 | | 15,486 | 1,936 | 10.41717 | 20,165 | 4,679 | 6,714 |
| | H.CAROL | MURPHY | 10/1/1987 | 5/13/1985 | | 7/25/1999 | | 8/30/1999 | | 44,808 | 5,601 | 8.82184 | 49,411 | 4,603 | 5,160 |
| | NIRA | TORGERUD | 7/1/1968 | 7/23/1962 | | 3/25/1996 | | 4/12/1996 | | 134,842 | 16,855 | 8.26239 | 139,264 | 4,423 | 5,847 |
| | GERALD | RYMER | 4/1/1988 | 3/30/1981 | | 5/28/1999 | | 7/9/1999 | | 12,285 | 1,536 | 10.79583 | 16,578 | 4,293 | 4,846 |
| | MARIAN | FOSDAL | 10/1/1987 | 11/13/1985 | | 9/17/1997 | | 10/24/1997 | | 13,092 | 1,636 | 10.39072 | 17,004 | 3,912 | 4,800 |
| | MARY | NARUM | 1/1/1976 | 1/5/1970 | | 11/23/1999 | | 3/3/2000 | | 40,463 | 5,058 | 8.71001 | 44,054 | 3,591 | 3,927 |
| | BEVERLY | LOWE | 7/1/1983 | 12/7/1978 | | 3/3/1995 | | 1/5/1999 | | 26,585 | 3,323 | 9.02777 | 30,000 | 3,415 | 3,952 |
| | ARLENE | HESS | 5/1/1975 | 4/26/1972 | | 6/30/1993 | | 7/27/1993 | | 37,352 | 4,669 | 8.71777 | 40,704 | 3,351 | 5,058 |
| | DORIS | DAVIDSON | 4/1/1989 | 12/21/1987 | | 12/12/1997 | | 3/1/1999 | | 11,989 | 1,496 | 10.08746 | 15,092 | 3,123 | 3,587 |
| | GERALDINE | DAHMEN | 1/1/1976 | 5/18/1970 | | 2/16/1998 | | 4/12/1996 | | 60,802 | 7,600 | 8.39970 | 63,840 | 3,038 | 4,016 |
| | JOYCE Anne | MOELLER | 10/1/1992 | 6/24/1991 | | 6/29/2001 | | 8/10/2001 | | 13,078 | 1,635 | 9.81514 | 16,045 | 2,967 | 3,024 |
| | BEVERLY | WICHELT | 9/1/1982 | 8/31/1981 | | 2/20/1991 | | 3/24/1997 | | 22,111 | 2,764 | 9.06349 | 25,050 | 2,939 | 3,711 |
| | PATRICIA | ALM | 10/1/1985 | 2/25/1957 | | 1/31/1992 | | 4/1/1992 | | 94,388 | 11,798 | 8.24828 | 97,317 | 2,929 | 4,715 |
| | JACQUELINE | HOVEN | 1/1/1976 | 4/16/1973 | | 3/26/1995 | | 6/23/1995 | | 40,778 | 5,097 | 8.56808 | 43,674 | 2,896 | 3,982 |
| | ILINE | MARKING | 1/1/1982 | 9/8/1980 | | 4/27/2000 | | 5/18/2000 | | 40,025 | 5,003 | 8.55969 | 42,826 | 2,800 | 3,031 |
| | JAMES | TRACY | 10/1/1971 | 9/23/1968 | | 12/16/1996 | | 2/6/1997 | | 154,846 | 19,356 | 8.13507 | 157,460 | 2,614 | 3,321 |
| | MARY | SCHLICHT | 4/1/1988 | 9/19/1977 | | 1/31/1995 | | 3/3/1995 | | 14,917 | 1,865 | 9.34522 | 17,425 | 2,508 | 3,501 |
| | SHIRLEY | DOKKEN | 1/1/1980 | 9/24/1962 | | 10/31/1997 | | 2/6/1998 | | 48,032 | 6,004 | 8.40378 | 50,457 | 2,424 | 2,932 |
| | MARJORIE | LOWRY | 10/1/1989 | 8/22/1988 | | 8/26/1999 | | 11/4/1999 | | 14,719 | 1,840 | 9.22373 | 16,971 | 2,252 | 2,502 |
| | FRALIA | BUNN | 7/1/1984 | 2/16/1983 | | 7/31/1994 | | 9/16/1994 | | 18,782 | 2,348 | 8.94817 | 21,008 | 2,226 | 3,178 |
| | LORRAINE | SCHEIDEGGER | 5/1/1986 | 3/6/1973 | | 9/16/1994 | | 1/9/1995 | | 13,398 | 1,675 | 9.23839 | 15,472 | 2,074 | 2,916 |
| | JOAN | SOMMERS | 11/16/1995 | 3/7/1988 | | 7/28/1995 | | 9/15/1995 | | 12,281 | 1,535 | 9.32385 | 14,314 | 2,032 | 2,783 |
| | JUNIOR | WIESSINGER | 10/1/1987 | 10/4/1979 | | 7/28/1997 | | 9/12/1997 | | 16,598 | 2,075 | 8.94817 | 18,565 | 1,967 | 2,427 |
| | JANICE | CULP | 11/1/1974 | 9/19/1967 | | 6/30/2000 | | 8/16/2000 | | 161,896 | 20,237 | 8.09681 | 163,855 | 1,959 | 2,095 |
| | MADELEINE | SUTCLIFFE | 11/1/1989 | 9/26/1979 | | 4/15/1994 | | 11/4/1994 | | 18,508 | 2,313 | 8.81734 | 20,399 | 1,891 | 2,682 |
| | MINNIE | BRUCKNER | 1/1/1979 | 11/7/1977 | | 11/8/1991 | | 12/13/1991 | | 23,271 | 2,909 | 8.57666 | 24,948 | 1,677 | 2,740 |
| | HAZEL | WETHERALL | 7/1/1982 | 6/1/1981 | | 11/30/1993 | | 2/7/1994 | | 15,893 | 1,987 | 8.83450 | 17,551 | 1,658 | 2,438 |
| | VIRGINIA | GOSTOMSKI | 10/1/1989 | 3/14/1977 | | 4/18/1997 | | 5/9/1997 | | 15,577 | 1,947 | 8.74992 | 17,038 | 1,460 | 1,832 |
| | BARBARA | GRAVES | 4/1/1989 | 1/2/1987 | | 10/4/1998 | | 11/10/1998 | | 10,764 | 1,346 | 9.06519 | 12,203 | 1,439 | 1,677 |
| | HARVEY | WAGNER | 10/1/1988 | 8/26/1987 | | 6/4/1993 | | 3/25/1994 | | 5,021 | 628 | 10.06357 | 6,316 | 1,295 | 1,893 |
| | VIRGINIA | FALKNER | 7/1/1977 | 5/3/1976 | | 7/1/1991 | | 6/9/1992 | | 13,384 | 1,673 | 8.77165 | 14,675 | 1,291 | 2,059 |
| | JANE | COBLE | 8/1/1991 | 8/5/1991 | | 8/4/1996 | | 9/2/1996 | | 4,522 | 565 | 10.26563 | 5,803 | 1,281 | 1,661 |
| | FLORENCE | LEA | 4/1/1988 | 9/22/1986 | | 4/13/1995 | | 5/25/1995 | | 11,678 | 1,460 | 8.87523 | 12,955 | 1,278 | 1,784 |
| | JEAN L. | BLACKMORE | 10/1/1977 | 6/11/1973 | | 3/15/2001 | | 4/6/2001 | | 135,267 | 16,908 | 8.05683 | 136,228 | 961 | 996 |
| | JANET D. | MARSH | 3/1/1971 | 1/14/1963 | | 12/12/1997 | | 7/31/2001 | | 134,167 | 16,771 | 8.05683 | 135,120 | 953 | 973 |
| | MARILYNN | MICKELSON | 2/1/1973 | 1/5/1970 | | 12/30/1993 | | 2/7/1994 | | 40,413 | 5,052 | 8.17918 | 41,318 | 905 | 1,331 |
| | ROMANA | PEREZ | 1/1/1981 | 6/19/1978 | | 9/3/1993 | | 10/20/1993 | | 18,537 | 2,317 | 8.38755 | 19,435 | 898 | 1,340 |
| | ALICE | ANDERSON | 10/1/1987 | 7/18/1977 | | 1/22/1999 | | 2/13/1999 | | 24,116 | 3,014 | 8.29340 | 25,000 | 884 | 1,018 |
| | JACQUELINE | HERLING | 4/1/1991 | 1/30/1989 | | 3/5/2000 | | 3/23/2000 | | 6,965 | 871 | 8.82434 | 7,683 | 718 | 783 |
| | JOHN | KLINDT | 4/1/1989 | 3/21/1988 | | 3/21/1997 | | 4/11/1997 | | 6,212 | 776 | 8.89585 | 6,907 | 696 | 876 |
| | JEAN | MUELLER | 4/1/1992 | 2/18/1991 | | 12/26/1995 | | 2/5/1996 | | 2,549 | 319 | 9.86152 | 3,142 | 593 | 791 |
| | MAYME | WILLIAMS | 1/1/1982 | 9/22/1980 | | 9/22/1994 | | 10/14/1994 | | 16,616 | 2,077 | 8.28291 | 17,204 | 588 | 838 |

| Employee No | First Name | Last Name | Pension Entry Date | Date of Hire | Date of Birth | Date of Termination | Age @ Termination | Cashout Date | Age at Cash out date #1 | Account Balance Distribution | Annuity at Normal Retirement | Deferred to Age 65 Annuity Factor Based on Rates Disclosed in B6:D16 | Column M multiplied by Column N | Excess of Column O over Column K | Column P Projected to 12/31/01 at 5% Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | M. SHIRLEY | MANION | 5/1/1987 | 5/14/1984 | Redacted | 5/22/1992 | Redacted | 2/28/1996 | Redacted | 12,821 | 1,603 | 8.36074 | 13,400 | 578 | 769 |
| | MARLENE | BARNETT | 1/1/1907 | 7/8/1985 | | 4/22/1994 | | 5/27/1994 | | 8,739 | 1,092 | 8.51642 | 9,303 | 564 | 817 |
| | MARILYN | LAWRENCE | 1/1/1976 | 5/13/1974 | | 4/10/1997 | | 5/9/1997 | | 92,286 | 11,536 | 8.04686 | 92,827 | 541 | 678 |
| | BEVERLY | BLUEL | 1/1/1985 | 8/29/1983 | | 3/5/1993 | | 12/13/1996 | | 12,453 | 1,557 | 8.32182 | 12,954 | 501 | 641 |
| | DAVID | BAGGOT | 4/1/1991 | 1/23/1989 | | 9/25/1995 | | 10/30/1995 | | 2,712 | 339 | 9.28112 | 3,146 | 434 | 587 |
| | ARLENE | DENKERT | 1/1/1976 | 5/3/1965 | | 1/31/1996 | | 3/8/1996 | | 70,625 | 8,828 | 8.04686 | 71,039 | 414 | 550 |
| | JOYCE | GARFOOT | 1/1/1988 | 8/3/1981 | | 2/15/1998 | | 2/22/1998 | | 13,483 | 1,685 | 8.21101 | 13,839 | 356 | 473 |
| | CHARLES | LOSTETTER | 4/1/1988 | 5/13/1986 | | 4/14/2000 | | 7/21/2000 | | 13,935 | 1,742 | 8.10406 | 14,117 | 181 | 195 |
| | JULIA | ADLER | 1/1/1976 | 4/8/1972 | | 5/22/1992 | | 7/1/1992 | | 38,685 | 4,836 | 8.02912 | 38,826 | 141 | 224 |
| | ARTHUR | TIFFT w/ Q D R O | 1/1/1980 | 11/6/1978 | | 10/6/1992 | | 10/6/1992 | | 19,027 | 2,378 | 8.02810 | 19,094 | 67 | 105 |
| | DONALD | LITTLE | 4/1/1989 | 12/28/1987 | | 8/19/1993 | | 9/21/1993 | | 4,565 | 571 | 8.07037 | 4,605 | 40 | 60 |
| | LEXY | ROTZOLL | 1/1/1976 | 8/1/1966 | | 11/18/1994 | | 12/9/1994 | | 45,947 | 5,743 | 8.00278 | 45,963 | 16 | 22 |

Grand total of Column O: 17,931,973

F

417 (e) Accrued Liability
12/31/05

CS-50-3
EB
8/7/04