**From:** Oryall, Lauren I.
**Sent:** Friday, February 05, 2010 9:01 AM
**To:** Larson, Dorothy
**Subject:** RE: Godfrey & Kahn Invoice - PLEASE APPROVE & RETURN
**Attachments:** GodfreyKahn-498130.pdf

Approved - ready for payment

-----Original Message-----
From: Larson, Dorothy
Sent: Thursday, February 04, 2010 4:56 PM
To: Oryall, Lauren I.
Subject: Godfrey & Kahn Invoice - PLEASE APPROVE & RETURN

Hello Lauri,
Please review, approve, and indicate if the charges are: non-settlor (paid by Plan), settler/legal (paid by Meriter), and/or settler/benefit (paid by Meriter).

Thank you,

Dorothy Larson
Meriter Health Services, Inc.
Assistant to the Chief Human Resources Officer
202 S. Park St. Madison, WI 53715
Direct Phone: 608/417-6566
Fax: 608/417-6568
E-mail: 3dlarson@meriter.com

CONFIDENTIALITY NOTICE: This message (including any attachments) is intended for the sole use of the individual and the entity to whom it is addressed. This message may contain information that is confidential and is protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of this message is strictly prohibited. If you received this message in error, please immediately notify the sender by reply email and then delete the message. Thank you.




780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Meriter Health Services, Inc.
Attn: Lynne Myers
Chief Operating Officer
202 South Park Street
Madison, WI 53715

January 27, 2010

Invoice No. 498130
Client No. 062899

OK to pay Laurie Aryall 2/5/2010

Billing Attorney:
Michael E. Skindrud

| | | |
|---|---|---|
| Invoice Total | $ | 3,005.00 |
| Prior Balance Due | $ | 765.00 — do not pay per Chris Ludwig |
| **Total Amount Now Due** | **$** | **3,770.00** |

**Prior Balance - Invoice Summary**

| Date | Invoice # | Billed | Credits | **Balance** |
|---|---|---|---|---|
| 06-16-2009 | 480173 | $765.00 | $0.00 | $765.00 |
| **Prior Balance Due Total:** | | | | **$765.00** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: M&I MARSHALL & ILSLEY BANK BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C. ACCOUNT NO: #291-714 SWIFT CODE: MARLUS 44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WI; WASHINGTON, DC; AND SHANGHAI, PRC

MATTER BREAKDOWN FOR THE FOLLOWING CLIENT 062899

062899-0003
Meriter Pension Plan

| | |
|---|---|
| Total Fees | 1,106.00 |
| Total Costs | 0.00 |
| Subtotal | 1,106.00 |

NS

062899-0005
Meriter 401(k) Plan

| | |
|---|---|
| Total Fees | 1,034.00 |
| Total Costs | 0.00 |
| Subtotal | 1,034.00 |

NS

062899-0030
Employment Matters

| | |
|---|---|
| Total Fees | 130.00 |
| Total Costs | 0.00 |
| Subtotal | 130.00 |

Settler legal

062899-0047
Tax Sheltered Annuity Plan

| | |
|---|---|
| Total Fees | 735.00 |
| Total Costs | 0.00 |
| Subtotal | 735.00 |

Settler legal

OK to pay
Laurie Oryall
2/5/10



Redacted for Privilege

MER00127479

Matter No. 062899-0003

Re: Meriter Pension Plan

For Legal Services Rendered Through December 31, 2009

| Date | Description | Hours |
|---|---|---|
| 12-07-2009 | Review pension plan; prepare amendment to plan. | 0.30 |
| 12-11-2009 | Work on amendment to pension plan. | 0.50 |
| 12-17-2009 | Correspondence with client regarding amendment to pension plan; work on same. | 0.80 |
| 12-18-2009 | Review questions raised by Ms. Pahl regarding proposed Amendment #3 to the Meriter Health Services Employee Retirement Plan. | 0.30 |
| 12-18-2009 | Correspondence from Ms. Pahl regarding pension plan amendment; review plan amendment; correspondence with Ms. Nick. | 0.80 |
| 12-21-2009 | Review correspondence regarding amendment to pension plan. | 0.20 |
| 12-29-2009 | Correspondence from client regarding amendment to pension plan. | 0.20 |

| | | |
|---|---|---|
| Total Fees | $ | 1,106.00 |
| Total Disbursements | $ | 0.00 |
| **Total For This Matter** | **$** | **1,106.00** |

NS



Redacted for Privilege

MER00127480

Matter No. 062899-0005

Re: Meriter 401(k) Plan

For Legal Services Rendered Through December 31, 2009

| Date | Description | Hours |
|---|---|---|

| | | |
|---|---|---|
| Total Fees | $ | 1,034.00 |
| Total Disbursements | $ | 0.00 |
| **Total For This Matter** | **$** | **1,034.00** |

NS

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter No. 062899-0030

Re: Employment Matters

For Legal Services Rendered Through December 31, 2009

| Date | Description | Hours |
|---|---|---|
| 12-01-2009 | Review and respond to Ms. Ripp's question regarding tax dependents. | 0.40 |

| | | |
|---|---|---|
| Total Fees | $ | 130.00 |
| Total Disbursements | $ | 0.00 |
| **Total For This Matter** | **$** | **130.00** |

Sitter/legal



Redacted for Privilege

MER00127482

Matter No. 062899-0047

Re: Tax Sheltered Annuity Plan

For Legal Services Rendered Through December 31, 2009

| Date | Description | Hours |
|---|---|---|
| 12-04-2009 | Work on amended and restated Plan and related documents; correspondence with client. | 0.50 |
| 12-11-2009 | Work on amendment to 403(b) Plan. | 0.30 |
| 12-22-2009 | Work on Section 403(b) Plan; correspondence to Ms. Oryall. | 1.30 |

| | | |
|---|---|---|
| Total Fees | $ | 735.00 |
| Total Disbursements | $ | 0.00 |
| **Total For This Matter** | **$** | **735.00** |

settled legal

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2010. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*



Redacted for Privilege