# MERITER Check Requisition
Meriter Health Services
Financial Services

610-28
808525

Requesting entity __020__
Requesting department __HR__
Requested by __Kristi Reilly__

Request date __6-16-03__
 MONTH  DAY  YEAR
Requestor Phone __6566__  __Park__
 Ext. #   Campus

Payment due date: (choose one)

☐ Date check needed ____-____-____
☒ Next check run
☐ Manual check
  Request for manual checks must be pre-approved by Accounts Payable dept.

> Checks are produced each week on Thursday. Requests must be received by Wed. before check run to be included.

## Check handling instructions:

Send check  ☒ Payee   ☐ Requestor   ☐ _____

Other handling instructions _____

## Payee Information:
Check Payable to __Davis Conley Enderle & Sloan__
Street Address __8025 Excelsior Drive__
City, State, Zip __Madison__, __WI 53717__

### Distribution Accounts | Distribution Amounts

| Corp. | Account | Dept. | Amount |
|---|---|---|---|
| 020 | 5205006 | ~~873~~ 9220 | $2625.00 |

Amount of Check: $ __2625.00__

Reason for Payment: __April 2003 Services__
Signature of Requestor __Kristi Reilly__  Date __6-16-03__
Signature of Approval __[signature]__  Date __6-10-03__

Form instructions:
TWO SEPARATE SIGNATURES ARE REQUIRED. Full account number is required. Forms not properly filled out may be returned to requestor. Do not use this form to pay for goods of services which should be handled by the Meriter Purchasing Department. Direct questions to the Accounts Payable Department.

WHITE - Accounts Payable    YELLOW - Requestor

MER00130132

# Davis Conder Enderle & Sloan, Inc.
CONSULTING ACTUARIES

*Mary –*
*Please pay this invoice out of the trust (pension) account #6540103.*
*Thank you.*
*Kristi*   $11,921.00

## INVOICE

Ms. Mary Nick
Meriter Health Services

June 6, 2003

| Dates | Description | Amount |
|---|---|---|
| 4/01/03 - 4/30/03 | • Work-in-progress on pension plan drafting, meeting with LaFollette Godfrey & Kahn (GCE 13.5 hours, PPG 10.0 hours, HSC 0.75 hours, PS 2.5 hours, Sec 2.0 hours) | $8,676 — *Pension Trust* |
| | • Consulting, preparation and meeting on plan audit for plan year ending 12/31/2001 (GCE 7.0 hours) *not for plan* | 2,625 — *Budget Per Trust* |
| | • Consulting on pension plan cost projections (PS 0.5 hours) | 93 — |
| | • Consulting on pension plan administration regarding vesting and payments to domestic partners (MLE 0.5 hours, PS 0.5 hours) | 197 — *Pension Trust* |
| | • Work-in-progress on 1/1/03 pension valuation | 2,955 — *Pension Trust* |
| | • Work-in-progress on 1/1/03 valuation of retiree medical obligation under FAS 106 (PS 0.75 hours) | 140 — *Bill to Finance* |
| | Total | $14,686 |

### Staff Code

| | | | | | |
|---|---|---|---|---|---|
| GCE: | Gordon C. Enderle | PPG: | Paul P. Gajdel | PS: | Paul Sepe |
| MLE: | Marina L. Edwards | HSC: | Harold S. Cooper | GSB: | Gary S. Bakker |
| NP: | Nathan Pavlik | CAK: | Chad A. Keuneke | Sec: | Secretarial / Clerical |

Please remit a copy of this invoice with your check to the address shown below. All amounts are due 30 days from invoice date -- a finance charge of 1% per month will accrue on amounts outstanding past 30 days. EIN for Davis Conder Enderle & Sloan, Inc. is 36-3823510.

8025 EXCELSIOR DRIVE • MADISON, WISCONSIN 53717 • 608.833.9777 • FAX 608.833.9779

MER00130133

DAVIS CONDER ENDERLE & SLOAN, INC.
CONSULTING ACTUARIES

June 6, 2003

Ms. Mary Nick
Vice President, Human Resources
Meriter Health Services, Inc.
202 S. Park Street
Madison, WI 53715-1599

Dear Mary:

Enclosed is an invoice for our work during April 2003. The invoice covers consulting, valuation and pension administration work. In general, charges for pension administration and valuation can be charged to a pension plan's trust. Meriter Health Services, as plan administrator, should determine whether that billing practice is appropriate.

If you have any questions or need anything further, please call.

Sincerely,

*Gordon /sms*

Gordon C. Enderle
Principal

GCE:sms
Enclosure

*Kristi -
see my notes for allocation
recommendations*

8025 EXCELSIOR DRIVE • MADISON, WISCONSIN 53717 • 608.833.9777 • FAX 608.833.9779

MER00130134