| | Meriter Health Services | Check Requisition |
|---|---|---|
| **MERITER** | Financial Services | 610-28 |
| | | 808525 |

Requesting entity __020__   Request date __7 - 16 - 03__
                                                                           MONTH  DAY  YEAR

Requesting department __HR__   Requestor Phone __6566__  __Park__
                                                                           Ext. #     Campus

Requested by __Kristi Perulli__

**Payment due date:** (choose one)

☐ Date check needed ____-____-____
☑ Next check run
☐ Manual check
   Request for manual checks must be pre-approved by Accounts Payable dept.

> Checks are produced each week on Thursday. Requests must be received by Wed. before check run to be included.

**Check handling instructions:**

Send check    ☑ Payee    ☐ Requestor    ☐ _____

Other handling instructions _____

**Payee Information:**

Check Payable to __Davis Conder Enderle & Sloan__
Street Address __8025 Excelsior Drive__
City, State, Zip __Madison, WI 53717__

| Distribution Accounts | | | Distribution Amounts |
|---|---|---|---|
| Corp. | Account | Dept. | |
| 020 | 5205060 | 9220 | $ 3274.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Amount of Check: $ __3274.00__

Reason for Payment: __May 2003 Services__
Signature of Requestor __Kristi Perulli__   Date __7 - 16 - 03__
Signature of Approval __Mary McMich__   Date __7 - 18 - 03__

Form instructions:
TWO SEPARATE SIGNATURES ARE REQUIRED. Full account number is required. Forms not properly filled out may be returned to requestor. Do not use this form to pay for goods of services which should be handled by the Meriter Purchasing Department. Direct questions to the Accounts Payable Department.

WHITE - Accounts Payable    YELLOW - Requestor

MER00130129

# DAVIS CONDER ENDERLE & SLOAN, INC.
CONSULTING ACTUARIES

July 3, 2003

Ms. Mary Nick
Vice President, Human Resources
Meriter Health Services, Inc.
202 S. Park Street
Madison, WI 53715-1599

Dear Mary:

Enclosed is an invoice for our work during May 2003. The invoice covers audit, document drafting and valuation work. In general, charges for these type of services can be charged to a pension plan's trust. Meriter Health Services, as plan administrator, should determine whether that billing practice is appropriate.

If you have any questions or need anything further, please call.

Sincerely,

*Gordon Enderle*

Gordon C. Enderle
Principal

GCE:rma
Enclosure

# DAVIS CONDER ENDERLE & SLOAN, INC.
CONSULTING ACTUARIES

## INVOICE

Ms. Mary Nick
Meriter Health Services                                                    July 3, 2003

| Dates | Description | Amount |
|---|---|---|
| 5/01/03 - 5/31/03 | • Work-in-progress on pension plan drafting (GCE 1.5 hours) | $ 563 |
| | • Consulting, preparation and meeting on plan audit for plan year ending 12/31/2001 (GCE 6.0 hours, HSC 1.0 hours) | 2,625 |
| | • Consulting on pension plan cost projections and tax-deductible contributions (GCE 0.5 hours, PPG 0.5 hours, PS 1.75 hours) | 649 |
| | Total | $3,837 |

*Handwritten annotations:* pay from pension trust; from budget; pay from budget

Mary –
Please pay this invoice out of the trust (pension) account #6540103.
Thank you.
Kristi    $563.00

### Staff Code

| GCE: | Gordon C. Enderle | PPG: | Paul P. Gajdel | PS: | Paul Sepe |
|---|---|---|---|---|---|
| MLE: | Marina L. Edwards | HSC: | Harold S. Cooper | GSB: | Gary S. Bakker |
| NP: | Nathan Pavlik | CAK: | Chad A. Keuneke | Sec: | Secretarial / Clerical |

Please remit a copy of this invoice with your check to the address shown below. All amounts are due 30 days from invoice date -- a finance charge of 1% per month will accrue on amounts outstanding past 30 days. EIN for Davis Conder Enderle & Sloan, Inc. is 36-3823510.

8025 EXCELSIOR DRIVE • MADISON, WISCONSIN 53717 • 608.833.9777 • FAX 608.833.9779

MER00130131