

**GODFREY & KAHN** s.c.
ATTORNEYS AT LAW

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Meriter Health Services, Inc.
Attn: James Woodward, CEO
202 South Park Street
Madison, WI 53715

February 25, 2009

Invoice No. 471653
Matter No. 062899-0003

Re: Meriter Pension Plan

Billing Attorney:
Michael E. Skindrud

For Legal Services Rendered Through January 31, 2009

| Date | Description | Hours | |
|---|---|---|---|
| 01-02-2009 | Work on Internal Revenue Service (IRS) submission forms for retirement plan. | 0.40 | NS |
| 01-02-2009 | Review pension plan and related documents in preparation for meeting. | 1.50 | NS |
| 01-05-2009 | Work on Economic Growth and Tax Relief Reconciliation Act of 2001 (EGTRRA) filing for the retirement plan. | 1.80 | NS |
| 01-05-2009 | Review pension plan and application for determination letter from IRS; review applicable changes in the pension law. | 3.20 | NS |
| 01-06-2009 | Work on IRS submission materials for the retirement plan. | 0.90 | NS |
| 01-06-2009 | Prepare for and meet with Ms. Nick, Ms. Hoff, Mr. Arnett and Ms. Oryall regarding pension plan; review pension plan; office conference regarding Section 415 revisions; review change in benefit options. | 3.00 | NS |
| 01-07-2009 | Work on Economic Growth and Tax Relief Reconciliation Act of 2001 (EGTRRA) restatement forms for retirement plan. | 1.80 | NS |
| 01-08-2009 | Proof Economic Growth and Tax Relief Reconciliation Act of 2001 (EGTRRA) submission forms; prepare e-mails to actuary and Ms. Oryall regarding items needed for IRS filing of retirement plan. | 1.90 | NS |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

MER00122499

| Date | Description | Hours | |
|---|---|---|---|
| 01-08-2009 | Work on pension plan. | 0.20 | NS |
| 01-09-2009 | Preparation of IRS determination letter filing forms and transmittal letter; follow up on status of information request for retirement plan. | 1.30 | NS |
| 01-09-2009 | Work on pension plan. | 2.40 | NS |
| 01-12-2009 | Telephone conference with Mr. Arnett regarding pension plan; review plan; further telephone conference with Mr. Arnett; work on pension plan. | 0.70 | NS |
| 01-13-2009 | Correspondence from and to Ms. Oryall regarding pension plan. | 0.30 | NS |
| 01-14-2009 | Work on pension plan; telephone conference with Ms. Oryall regarding pension plan provisions. | 2.30 | NS |
| 01-19-2009 | Work on amended and restated pension plan; correspondence to Ms. Oryall. | 1.20 | NS |
| 01-20-2009 | Correspondence with Ms. Oryall regarding pension plan. | 0.20 | NS |
| 01-21-2009 | Review response from actuary and update forms. | 1.00 | NS |
| 01-21-2009 | Work on documentation for Internal Revenue Service filing; correspondence with Ms. Oryall. | 0.70 | NS |
| 01-22-2009 | Work on plan restatement for pension plan. | 2.70 | NS |
| 01-22-2009 | Work on materials for application for determination letter. | 0.40 | NS |
| 01-23-2009 | Correspondence regarding materials needed for application to Internal Revenue Service; work on plan amendment; telephone conference with Ms. Oryall regarding distributions to former employees; research tax law; telephone conference and correspondence with Ms. Oryall. | 1.40 | NS |
| 01-26-2009 | Review information from actuary, print various documents and Demo 6, copy plan documents, and organize all; various telephone conversations with Mr. Hoffner regarding IRS submission of pension plan. | 2.50 | NS |
| 01-26-2009 | Correspondence with Ms. Oryall regarding Internal Revenue Service application for pension plan; work on same. | 1.60 | NS |

| Date | Description | Hours | |
|---|---|---|---|
| 01-27-2009 | Review schedules and Demo 6 provided by the actuary for inclusion with the filing of the pension plan with the IRS. | 1.40 | NS |
| 01-27-2009 | Prepare submission for IRS determination letter. | 0.10 | NS |
| 01-27-2009 | Work on application to Internal Revenue Service. | 0.30 | NS |
| 01-28-2009 | Set-up and organize new file; get IRS filing of the pension plan ready to send to IRS; get letter to Mr. Hoffner for signature. | 1.90 | NS |
| 01-28-2009 | Work on application materials; office conference regarding application. | 0.40 | NS |
| 01-29-2009 | Final proof of IRS submission of pension plan. | 1.00 | NS |
| 01-29-2009 | Correspondence from Mr. Dorow regarding pension plan matters; conference call with Mr. Dorow, Ms. Oryall and Mr. Donahue regarding pension plan matters. | 1.20 | NS |
| 01-29-2009 | Review issues regarding application for an IRS determination letter for the pension plan. | 0.30 | NS |
| 01-30-2009 | Work on Internal Revenue filing. | 0.20 | NS |
| | Total Fees | $ | 10,657.00 |

**Disbursements:**

| Code | Description | | Bill Value |
|---|---|---|---|
| 01 | Photocopies | | 82.05 |
| | Total Disbursements | $ | 82.05 |
| | **Total For This Invoice** | $ | **10,739.05** |

*Our regular practice is to adjust our hourly billing rates effective January 1 of each year, and we have done so for 2009. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*