

**GODFREY & KAHN** s.c.
ATTORNEYS AT LAW

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Meriter Health Services, Inc.
c/o Chubb Insurance
Email: billprocessing@Chubb.com

November 24, 2010

Invoice No.    520128
Matter No.    062899-0048

cc: James Arnett
    Mary Nick

Billing Attorney:
Michael E. Skindrud

Re:    Pension Plan Subpoena and Litigation

|  |  |  |
|---|---|---|
| Invoice Total | $ | 36,437.36 |
| Prior Balance Due | $ | 0.00 |
| **Total Amount Now Due** | $ | **36,437.36** |

PAYMENT IS DUE 30 DAYS FROM DATE OF INVOICE
PLEASE RETURN THIS COPY WITH YOUR REMITTANCE.

**PLEASE SEND ALL PAYMENTS TO:**
GODFREY & KAHN, BIN #318, MILWAUKEE, WI 53288-0318
FED ID: 39-1128206

WIRE INSTRUCTIONS: BANK NAME: M&I MARSHALL & ILSLEY BANK BANK ABA: #075000051 ACCOUNT NAME: GODFREY & KAHN S.C.
ACCOUNT NO: #291-714    SWIFT CODE: MARLUS44 (IF INTERNATIONAL WIRE TRANSFER)

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WI; WASHINGTON, DC; AND SHANGHAI, PRC

Redacted for Privilege
GKA00003546



GODFREY
&KAHN s.c.
ATTORNEYS AT LAW

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Meriter Health Services, Inc.
c/o Chubb Insurance
Email: billprocessing@Chubb.com

November 24, 2010

cc: James Arnett
    Mary Nick

Invoice No.   520128
Matter No.    062899-0048

Billing Attorney:
Michael E. Skindrud

Re:   Pension Plan Subpoena and Litigation

For Legal Services Rendered Through October 31, 2010

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|------|------------|------|-----|-------------|-------|--------|

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|------|------------|------|-----|-------------|-------|--------|

*Entries redacted for privilege.*

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|

*[Entries redacted for privilege]*

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|------|------------|------|-----|-------------|-------|--------|

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Redacted for Privilege

GKA00003550

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|------|------------|------|-----|-------------|-------|--------|

*[Entries redacted for privilege]*

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|------|-----------|------|-----|-------------|-------|--------|

*[Entries redacted for privilege]*

Redacted for Privilege

GKA00003552

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|------|------------|------|-----|-------------|-------|--------|

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Redacted for Privilege

GKA00003553

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|------|------------|------|-----|-------------|-------|--------|

*[Entries redacted for privilege]*

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|------|-----------|------|-----|-------------|-------|--------|

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Redacted for Privilege

GKA00003555

| Date | Timekeeper | Task | Act | Description | Hours | Amount |
|------|------------|------|-----|-------------|-------|--------|

|  |  |  |  | Total Disbursements | $ | 792.36 |
|  |  |  |  | **Total For This Invoice** | $ | **36,437.36** |

Redacted for Privilege

GKA00003556

## Time and Fee Summary

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| KAREN PAAPE | 6.60 | 205.00 | 1,353.00 |
| PATRICIA WHEELER | 13.50 | 320.00 | 4,320.00 |
| JENNIFER GREGOR | 13.70 | 320.00 | 4,384.00 |
| THOMAS A. HOFFNER | 9.30 | 400.00 | 3,720.00 |
| TODD G. SMITH | 56.80 | 385.00 | 21,868.00 |
| **TIMEKEEPER TOTALS** | **99.90** | | **$35,645.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2010. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*

Redacted for Privilege

GKA00003557