# EXHIBIT 265

# (1)

## Towers Perrin
## Invoice and Payment Approval
### March 10, 1992

### (MER00002761-66)

# FIRST WISCONSIN · MADISON

FIRST WISCONSIN NATIONAL BANK OF MADISON   MADISON, WISCONSIN 53707

**TRUST CHECK**

79-46
759

416540103                    April 10, 1992                    NO. 307451

PAY | $ | 4,817.00

1ST WIS NAT'L BANK $4817 dol's 00 cts   TRUST AND INVESTMENT MANAGEMENT DIVISION

PAY TO THE
ORDER OF        TPF&C

*Kenneth R. Grueber*

AUTHORIZED SIGNATURE

VOID AFTER 6 MONTHS

⑈307451⑈ ⑆075900465⑆ 312900⑈032⑈

DETACH CHECK BEFORE DEPOSITING

| NO. | 416540103 | NAME | Meriter Pension MM | | 307451 |
|---|---|---|---|---|---|

Payment of Fees For Actuarial
Consulting Services                                    $4,817.00

0. 164 (3-89)                    FIRST WISCONSIN NATIONAL BANK — MADISON, WISCONSIN 53707

PK

MER00002761

**TPF&C**
**A TOWERS PERRIN COMPANY**
**P.O. BOX 8500, S-6110**
**PHILADELPHIA, PA 19178**

March 10, 1992

Meriter Health Services, Inc.

309 West Washington Avenue

Madison, Wisconsin 53703

**Madison General Hospital Employee Pension Trust**

| DATE | | AMOUNT |
|---|---|---|
| December 1991 and January 1992 | For administrative costs related to the Meriter Retirement Plan | $4,817.00 |

Please enter invoice #06728-022792 on your check.

Please remit a copy of this invoice with your check to the above address. Balances are payable within 30 days. A late charge of 1% per month will accrue on invoices unpaid after 30 days.

MER00002762

April 9, 1992

Mr. Matthew Uselman
Trust Officer
First Wisconsin National Bank
P.O. Box 7900
Madison, WI  53707

Dear Mr. Uselman:

From the funds in the Meriter Employee Retirement Plan money market fund (Account Key 416540103), please issue a check payable to **TPF&C** in the amount of **Four Thousand Eight Hundred Seventeen and no/100 Dollars ($4,817.00).** This represents payment of fees for actuarial consulting services.

Please send the check to Carol Kelty, Personnel Services, Meriter Health Services, 202 South Park Street, Madison, WI  53715.

Thank you for your assistance.

Sincerely,

*William L. Morgan*

William L. Morgan
Vice President, Human Resources

WLM:cjk

**Meriter Health Services, Inc.**
309 W. Washington Avenue
Madison, WI 53703
608 267-6000

# TPF&C

*a Towers Perrin company*

CONFIDENTIAL

March 10, 1992

Ms. Carol Kelty
Personnel Specialist
Meriter Health Services, Inc.
309 West Washington Avenue
Madison, Wisconsin 53703

Dear Carol:

We have enclosed an invoice for TPF&C consulting services
provided to Meriter Health Services for the months of
December 1991 and January 1992.  The charges for the
period are itemized as follows:

| | | Hours | Amount |
|---|---|---|---|
| • | Preparation for and meeting with management to review flexible compensation programs | No Charge | |
| • | Completion of 1991 actuarial valuation report, including revision of results due to actuarial assumption changes | 4.0 | $ 897 |
| • | General retirement plan consulting, including<br>-- discussion with Board member and management concerning forecasting<br>-- preparation of management summary on nondiscrimination testing and meeting with management | 19.1 | 3,920 |
| | Total | 23.1 | $4,817 |

MER00002764

Ms. Carol Kelty
March 10, 1992
Page 2.


We have also enclosed the project billing status summary.

As always, feel free to call me if you have any questions.

Sincerely,

Gary W. Weston, A.S.A.
Consultant

cf

Enclosures

## MERITER HEALTH SERVICES, INC.

### Project Billing Status:  January 31, 1992

| Project Name | TPF&C Project Number | Budget | Current Period Charges | Charges To Date | Budget Balance |
|---|---|---|---|---|---|
| 1992 "full" actuarial valuation | 002 | 12,600 | 0 | 0 | 12,600 |
| 1991 "full" actuarial valuation | 002 | 12,000 | 897 | 12,897 | (897) |
| 1991 year-end financial disclosure and 1992 pension expense estimates | 012 | 4,200 | 0 | 0 | 4,200 |
| General plan consulting | 001 | 10,000 | 3,920 | 3,920 | 6,080 |
| Review of executive compensation/ benefits | 003 | 5,000 | 0 | 0 | 5,000 |
| Benefit certification and estimates | 008 | N/A | 0 | 0 | N/A |
| Setting the index rate | 013 | 4,500 | 470 | 0 | 4,500 |
| TOTAL | | $48,300 | $ 4,817 | $16,817 | $31,483 |

*TPF&C*
a Towers Perrin company

MER0002766

# (2)

## Towers Perrin
## Invoice and Payment Approval
### April 30, 1992

### (MER00002767-73)

# FIRST WISCONSIN · MADISON
FIRST WISCONSIN NATIONAL BANK OF MADISON    MADISON, WISCONSIN 53707

**TRUST CHECK**
79-46
759

416540103                                JUNE 25, 1992

NO. 315025

TWO THOUSAND NINE HUNDRED EIGHTY-FOUR AND*
NO/100 DOLLARS

PAY $***2,984.00

TRUST AND INVESTMENT MANAGEMENT DIVISION

PAY TO THE
ORDER OF          TPF&C



AUTHORIZED SIGNATURES

VOID AFTER 6 MONTHS

⑈315025⑈ ⑆075900465⑆ 312900⑈032⑈

---

DETACH CHECK BEFORE DEPOSITING

| NO. | 416540103 | NAME | MERITER PENSION MM | 0412 06/25/92 | 315025 |
|-----|-----------|------|--------------------|--------------|--------|

ADMINISTRATIVE EXPENSE
FEES FOR RETIREMENT PLAN
CONSULTING SERVICES
FEBRUARY — APRIL 1992

577

$****2,984.00

TPF&C

164 (3-89)  RK          FIRST WISCONSIN NATIONAL BANK — MADISON, WISCONSIN 53707

MER00002767

June 24, 1992

Mr. Matthew Uselman
Trust Officer
First Wisconsin National Bank
P.O. Box 7900
Madison, WI  53707

Dear Mr. Uselman:

From the funds in the Meriter Employee Retirement Plan
money market fund (Account Key 416540103), please issue
a check payable to **TPF&C** in the amount of **Two Thousand
Nine Hundred Eighty-Four and no/100 Dollars
($2,984.00)**.  This represents payment of fees for
retirement plan consulting services February - April
1992.

Please send the check to Carol Kelty, Personnel
Services, Meriter Health Services, 202 South Park
Street, Madison, WI  53715.

Thank you for your assistance.

Sincerely,

*William L. Morgan*

William L. Morgan
Vice President, Human Resources

WLM:cjk

**Meriter Health Services, Inc.**
309 W. Washington Avenue
Madison, WI 53703
608 267-6000

MER00002768

**TOWERS PERRIN**
**P.O. BOX 8500, S-6110**
**PHILADELPHIA, PA 19178**

May 29, 1992

Meriter Health Services, Inc.

309 West Washington Avenue

Madison, Wisconsin 53703

**Madison General Hospital Employee Pension Trust**

| DATE | | AMOUNT |
|---|---|---|
| February through April 1992 | For administrative costs related to the Meriter Retirement Plan | $1,248.00 |
| | Please enter invoice #06728-052992a on your check. | |
| | Please remit a copy of this invoice with your check to the above address. Balances are payable within 30 days. A late charge of 1% per month will accrue on invoices unpaid after 30 days. | |

*Towers Perrin*

May 29, 1992

Meriter Health Services, Inc.

309 West Washington Avenue

Madison, Wisconsin 53703

**Meriter Health Services, Inc.**

| DATE | | AMOUNT |
|------|---|--------|
| February through April 1992 | For administrative costs related to the Meriter Retirement Plan | $1,736.00 |
| | Please enter invoice #06728-052992b on your check. | |
| | Please remit a copy of this invoice with your check to the above address. Balances are payable within 30 days. A late charge of 1% per month will accrue on invoices unpaid after 30 days. | |

*Towers Perrin* _____

# *Towers Perrin*

CONFIDENTIAL

May 29, 1992

Ms. Carol Kelty
Personnel Specialist
Meriter Health Services, Inc.
309 West Washington Avenue
Madison, Wisconsin 53703

Dear Carol:

We have enclosed two invoices for Towers Perrin consulting services provided to Meriter Health Services for the months of February through April 1992. The charges for the period are itemized as follows:

| | | Hours | Amount |
|---|---|---|---|
| ■ | Preparation of 1991 year-end financial disclosures | 5.3 | $1,245 |
| ■ | Work in process on calculation of retirement benefits for executives | 1.9 | 491 |
| ■ | General retirement plan consulting, including preparation for and meeting with management on April 29 to review asset/liability projections | 4.5 | 1,248 |
| | TOTAL | 11.7 | $2,984 |

We have prepared separate invoices for this work, broken out by charges you may wish to have the trust pay and charges that should be paid by Meriter.

*Towers Perrin* _____

We have also enclosed the project billing status summary.

As always, feel free to call me if you have any questions.

Sincerely,

Gary W. Weston, A.S.A.
Consultant

cf

Enclosures

MER00002772

MERITER HEALTH SERVICES, INC.
1992 PROJECT BILLING STATUS
THROUGH:   4/30/92

| Project Name | Project Number | Budget | Current Month Charges | Charges To-Date | Budget Balance |
|---|---|---|---|---|---|
| 1992 "Full" Actuarial Valuation | 002 | $12,600 | $0 | $0 | $12,600 |
| 1991 Year-end Financial Disclosure and Pension Expense Estimates | 012 | 4,200 | 1,245 | 1,245 | 2,955 |
| General Plan Consulting | 001 | 10,000 | 1,248 | 5,168 | 4,832 |
| Review of Executive Compensation/Benefits | 003 | 5,000 | 491 | 491 | 4,509 |
| Benefit Certification and Estimates | 008 | n/a | 0 | 0 | 0 |
| Setting the Index Rate | 013 | 4,500 | 0 | 470 | 4,030 |
| | | $36,300 | $2,984 | $7,374 | $28,926 |

MER00002773

*Towers Perrin*

# (3)

**Towers Perrin
Invoice and Payment Approval
July 29, 1992**

**(MER00089949-57)**

**TOWERS PERRIN**
**P.O. BOX 8500, S-6110**
**PHILADELPHIA, PA 19178**

July 29, 1992

Meriter Health Services, Inc.

309 West Washington Avenue

Madison, Wisconsin 53703

**Meriter Health Services, Inc.**

| DATE | | AMOUNT |
|------|---|--------|
| May and June 1992 | For administrative costs related to the Meriter Executive Retirement Program | $1,887.00 |
| | Please enter invoice #06728-072992b on your check. | |
| | Please remit a copy of this invoice with your check to the above address. Balances are payable within 30 days. A late charge of 1% per month will accrue on invoices unpaid after 30 days. | |

EXHIBIT
*104*

*Towers Perrin*

MER00089949

| MR-C2O- | 85 ENTERPRISES CORP. | | 00029165 | |
|---|---|---|---|---|
| INVOICE NUMBER | AMOUNT | DISCOUNT | NET AMOUNT | |
| CONSULTATION EX-<br>CUTIVE BENEFITS | 1,987.00 | .00 | 1,887.00 | |
| TOTALS | 1,987.00 | .00 | 1,887.00 | |

5886
ERITER HEALTH ENTERPRISES, INC.
ADISON, WISCONSIN          (608) 258-3208

RETAIN THIS PORTION          PLEASE DETACH BEFORE DEPOSITING

**MERITER**™

Meriter Health Enterprises, Inc.
Madison, Wisconsin
(608) 258-3208

CHECK NO.          **29169**

79-1050
0759

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| PAY | 08/26/92 | 00029169 | ************1,887.00 |

*********************************************************************************
*********************************************************************************

ONE THOUSAND EIGHT HUNDRED EIGHTY SEVEN AND 00/100 DOLLARS

TO THE
ORDER
OF          TOWERS PERRIN
            * * * *
            MADISON      53703



AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

M&I BANK OF MADISON
MADISON, WISCONSIN 53703

⑈029169⑈ ⑈075910507⑈ 000⑈561 9327⑈

MER00089950

*Carol*
*Kelty*

1000 North Water Street, Suite 1000
Milwaukee, WI 53202-3197
414 273-1046
Fax: 414 287-1350

# Towers Perrin

CONFIDENTIAL

July 29, 1992

Ms. Carol Kelty
Personnel Specialist
Meriter Health Services, Inc.
309 West Washington Avenue
Madison, Wisconsin 53703

Dear Carol:

We have enclosed two invoices for Towers Perrin consulting services provided to
Meriter Health Services for the months of May and June 1992. The charges for the
period are itemized as follows:

|  | | Hours | Amount |
|---|---|---|---|
| ■ | Work on process on annual actuarial valuation | 7.0 | $1,072 |
| ■ | Work in process on calculation of retirement benefits for executives | 9.8 | 1,887 |
|  | **TOTAL** | 16.8 | $2,959 |

*Mua*
*Benefits*
*condeix*
*Mgut Serv.*

We have prepared separate invoices for this work, broken out by charges you may
wish to have the trust pay and charges that should be paid by Meriter.

MER00089951

*Towers Perrin* _____

We have also enclosed the project billing status summary.

As always, feel free to call me if you have any questions.

Sincerely,

Gary W. Weston, A.S.A.
Consultant

cf

Enclosures

MERITER HEALTH SERVICES, INC.
1992 PROJECT BILLING STATUS
THROUGH:   6/30/92

| Project Name | Project Number | Budget | Current Month Charges | Charges To-Date | Budget Balance |
|---|---|---|---|---|---|
| 1992 "Full" Actuarial Valuation | 002 | $12,600 | $1,072 | $1,072 | $11,528 |
| 1991 Year-end Financial Disclosure and Pension Expense Estimates | 012 | 4,200 | 0 | 1,245 | 2,955 |
| General Plan Consulting | 001 | 10,000 | 0 | 5,168 | 4,832 |
| Review of Executive Compensation/Benefits | 003 | 5,000 | 1,887 | 2,378 | 2,622 |
| Benefit Certification and Estimates | 008 | n/a | 0 | 0 | 0 |
| Setting the Index Rate | 013 | 4,500 | 0 | 470 | 4,030 |
| | | $36,300 | $2,959 | $10,333 | $25,967 |

MER0008953

*Towers Perrin*

**MERITER**

August 18, 1992

Mr. Matthew Uselman
Trust Officer
First Wisconsin National Bank
P.O. Box 7900
Madison, WI 53707

Dear Mr. Uselman:

From the funds in the Meriter Employee Retirement Plan
money market fund (Account Key 416540103), please issue
a check payable to **Towers Perrin** in the amount of **One
Thousand Seventy-Two and no/100 Dollars ($1,072.00)**.
This represents payment of fees for consulting
services.

Meriter Health Services, Inc.
309 W. Washington Avenue
Madison, WI 53703
608 267-6000

Please send the check to Carol Kelty, Personnel
Services, Meriter Health Services, 202 South Park
Street, Madison, WI 53715.

Thank you for your assistance.

Sincerely,

William L. Morgan
ck

William L. Morgan
Vice President, Human Resources

WLM:cjk

 **MERITER**™ Meriter Health Services
Financial Services

# Check Requisition

610-28

808525

Requesting entity _Management Services_

Request date _08_ - _18_ - _92_
MONTH — DAY — YEAR

Requesting department _Personnel_

Requestor Phone _6052_  _Park_
Ext # — Campus

Requested by _Patricia Ripp_

Payment due date: (choose one)

☐ Date check needed ____ - ____ - ____

☒ Next check run

☐ Manual check

Requests for manual checks must be pre-approved by the Accounts Payable dept. ext. 3208

> Checks are produced each week on Wednesday. Requests must be received by Friday of the previous week to be included in the next weeks check run.

Check handling instructions:

Send check to:  ☐ Payee  ☐ Requestor  ☒ _Carol Kelly, Personnel_

Other handling instructions _____

Payee Information:

Check Payable to _Towers Perrin_

Street Address _____

_____

City, State, Zip _____, ____ _____

| Distribution Accounts | | | Distribution Amounts |
|---|---|---|---|
| Corp. | Account | Dept. | |
| 2 0 - | 5 0 9 0 0 8 0 0 - | 9 0 2 0 | $ 1,887.00 |
| __ __ - | __ __ __ __ __ __ - | __ __ __ | ____.__ |
| __ __ - | __ __ __ __ __ __ - | __ __ __ | ____.__ |
| __ __ - | __ __ __ __ __ __ - | __ __ __ | ____.__ |
| __ __ - | __ __ __ __ __ __ - | __ __ __ | ____.__ |
| __ __ - | __ __ __ __ __ __ - | __ __ __ | ____.__ |
| | | Amount of Check: | $ 1,887.00 |

Reason for Payment: _Consultation - Executive Benefits_

Signature of Requestor _Patricia Ripp_  Date _8 - 18 - 92_

Signature of Approval _Carol Kelly_  Date _8 - 18 - 92_

Form instructions:
TWO SEPARATE SIGNATURES ARE REQUIRED. Full account number is required. Forms not properly filled out may be returned to requestor. Do not use this form to pay for goods or services which should be handled by the Meriter Purchasing Department. Direct questions to the Accounts Payable Department. ext. 3208 - Capitol.

WHITE - Accounts Payable   YELLOW - Requestor

MER00089955

TRUST CHECK

FIRST WISCONSIN · MADISON
FIRST WISCONSIN NATIONAL BANK OF MADISON · MADISON, WISCONSIN 53707

7944
759

416540103                                          AUGUST 19, 1992      NO. 318574

ONE THOUSAND SEVENTY-TWO AND NO/100********      PAY  ***1,072.00
DOLLARS

TRUST AND INVESTMENT MANAGEMENT DIVISION

PAY TO THE
ORDER OF        TOWERS PERRIN

Kenneth A. Broway

AUTHORIZED SIGNATURES

VOID AFTER 6 MONTHS

⑈318574⑈ ⑆075900465⑆ 3⑉2900⑈032⑈

---

DETACH CHECK BEFORE DEPOSITING

NO.    416540103    NAME  MERITER PENSION PA         0412 08/19/92         31857

ADMINISTRATIVE EXPENSE                          577          $*****1,072.0
PAYMENT OF FEES FOR
CONSULTING SERVICES

Invoice 06728-072992a

TOWERS PERRIN

164 (3-89)  RK            FIRST WISCONSIN NATIONAL BANK — MADISON, WISCONSIN 53707

MER00089956

July 29, 1992

Meriter Health Services, Inc.

309 West Washington Avenue

Madison, Wisconsin 53703

**Madison General Hospital Employee Pension Trust**

| DATE | | AMOUNT |
|------|---|--------|
| May and June 1992 | For administrative costs related to the Meriter Retirement Plan | $1,072.00 |
| | Please enter invoice #06728-072992a on your check. | |
| | Please remit a copy of this invoice with your check to the above address. Balances are payable within 30 days. A late charge of 1% per month will accrue on invoices unpaid after 30 days. | |

*Towers Perrin*

MER00089957

# (4)

## Towers Perrin
## Invoice and Payment Approval
### August 28, 1992

### (MER00002749-55)



**FIRSTAR BANK MADISON**

FIRSTAR BANK
MADISON, N. A.
MADISON, WI 53707

09-00-001-6540103

NO. **331614**

12/03/92

******5,273 DOLLARS 00 CENTS

PAY 

TRUST AND INVESTMENT MANAGEMENT DIVISION

PAY TO THE
ORDER OF       TOWERS PERRIN

AUTHORIZED SIGNATURES

VOID AFTER 6 MONTHS

⑈331614⑈ ⑆075900465⑉ 312900⑈032⑈

09-00-001-6540103       DETACH CHECK BEFORE DEPOSITING
                        MERITER HLTH PEN MM                        120392

$******5,273.00

ADMINISTRATIVE EXPENSE
FEES FOR CONSULTING SERVICE
INVOICE #06728-082892

TOWERS PERRIN

. 164 (9-92) *PK ✓*       FIRSTAR BANK MADISON, N.A., MADISON, WISCONSIN 53707

MER00002749

November 30, 1992

Mr. Matthew Uselman
Trust Officer
Firstar Bank Madison
P.O. Box 7900
Madison, WI 53707

Dear Mr. Uselman:

From the funds in the Meriter Employee Retirement Plan
money market fund (Account Key 416540103), please issue
a check payable to **Towers Perrin** in the amount of **Five
Thousand Two Hundred Seventy-Three and no/100 Dollars
($5,273.00).** This represents payment of fees for
consulting services, invoice #06728-082892.

Please send the check to me at: Personnel Services,
Meriter Health Services, 202 South Park Street,
Madison, WI 53715.

Thank you for your assistance.

Sincerely,

*Carol Kelty*

Carol Kelty
Employee Benefits Manager

**Meriter Health Services, Inc.**
309 W. Washington Avenue
Madison, WI 53703
608 267-6000

**TOWERS PERRIN**
**P.O. BOX 8500, S-6110**
**PHILADELPHIA, PA 19178**

August 28, 1992

Meriter Health Services, Inc.

309 West Washington Avenue

Madison, Wisconsin 53703

**Madison General Hospital Employee Pension Trust**

| DATE | | AMOUNT |
|------|---|--------|
| July 1992 | For administrative costs related to the Meriter Retirement Plan | $5,273.00 |
| | Please enter invoice #06728-082892 on your check. | |
| | Please remit a copy of this invoice with your check to the above address. Balances are payable within 30 days. A late charge of 1% per month will accrue on invoices unpaid after 30 days. | |

*Towers Perrin*

MERITER HEALTH SERVICES, INC.
1992 PROJECT BILLING STATUS
THROUGH:   7/31/92

| Project Name | Project Number | Budget | Current Month Charges | Charges To-Date | Budget Balance |
|---|---|---|---|---|---|
| 1992 "Full" Actuarial Valuation | 002 | $12,600 | $5,092 | $6,164 | $6,436 |
| 1991 Year-end Financial Disclosure and Pension Expense Estimates | 012 | 4,200 | 181 | 181 | 4,019 |
| General Plan Consulting | 001 | 10,000 | 0 | 0 | 10,000 |
| Review of Executive Compensation/Benefits | 003 | 5,000 | 0 | 1,887 | 3,113 |
| Benefit Certification and Estimates | 008 | n/a | 0 | 0 | 0 |
| Setting the Index Rate | 013 | 4,500 | 0 | 0 | 4,500 |
| | | $36,300 | $5,273 | $8,232 | $28,068 |

*Towers Perrin*

MER00002752

1000 North Water Street, Suite 1000
Milwaukee, WI 53202-3197
414 273-1046
Fax: 414 287-1350

# *Towers Perrin*

<u>CONFIDENTIAL</u>

**August 28, 1992**

Ms. Carol Kelty
Personnel Specialist
Meriter Health Services, Inc.
309 West Washington Avenue
Madison, Wisconsin 53703

Dear Carol:

We have enclosed our invoice for Towers Perrin consulting services provided to Meriter Health Services for the month of July 1992. The charges for the period are itemized as follows:

|   | | Hours | Amount |
|---|---|---|---|
| ■ | Work on process on 1992 actuarial valuation | 29.5 | $5,092 |
| ■ | 1991 year-end financial disclosures | 2.0 | 181 |
| | TOTAL | 31.5 | $5,273 |

We have also enclosed the project billing status summary.



MER00002753

*Towers Perrin* _____

As always, feel free to call me if you have any questions.

Sincerely,

Gary W. Weston, A.S.A.
Consultant

cf

Enclosures

MER00002754

MERITER HEALTH SERVICES, INC.
1992 PROJECT BILLING STATUS
THROUGH:   7/31/92

| Project Name | Project Number | Budget | Current Month Charges | Charges To-Date | Budget Balance |
|---|---|---|---|---|---|
| 1992 "Full" Actuarial Valuation | 002 | $12,600 | $5,092 | $6,164 | $6,436 |
| 1991 Year-end Financial Disclosure and Pension Expense Estimates | 012 | 4,200 | 181 | 181 | 4,019 |
| General Plan Consulting | 001 | 10,000 | 0 | 0 | 10,000 |
| Review of Executive Compensation/Benefits | 003 | 5,000 | 0 | 1,887 | 3,113 |
| Benefit Certification and Estimates | 008 | n/a | 0 | 0 | 0 |
| Setting the Index Rate | 013 | 4,500 | 0 | 0 | 4,500 |
| | | $36,300 | $5,273 | $8,232 | $28,068 |

MER00002755

*Towers Perrin*

# (5)


# Towers Perrin
# Invoice and Payment Approval
## September 29, 1992

### (MER00002744-48)



**FIRSTAR**
**BANK MADISON**

FIRSTAR BANK
MADISON, N. A.
MADISON, WI 53707

09-00-001-6540103

TRUST CHECK
79-46
759

NO. **330616**

\*\*\*\*\*\*2,951 DOLLARS 00 CENTS

11/27/92

PAY | \*\*\*\*\*\*2,951.00

TRUST AND INVESTMENT MANAGEMENT DIVISION

PAY TO THE
ORDER OF

TOWERS PERRIN

_Kenneth A. Braasch_

AUTHORIZED SIGNATURES

VOID AFTER 6 MONTHS

⑈330616⑈ ⑆075900465⑆ 312900⑈032⑈

09-00-001-6540103

DETACH CHECK BEFORE DEPOSITING
MERITER HLTH PEN MM

112792

PAYMENT FROM ACCOUNT
FEES FOR CONSULTING SERVICES

$\*\*\*\*\*\*2,951.00

TOWERS PERRIN

164 (9-92)  _Pkv_

FIRSTAR BANK MADISON, N.A., MADISON, WISCONSIN 53707

MER00002744

September 29, 1992

Meriter Health Services, Inc.

309 West Washington Avenue

Madison, Wisconsin 53703

**Madison General Hospital Employee Pension Trust**

| DATE | | AMOUNT |
|------|------|--------|
| August 1992 | For administrative costs related to the Meriter Retirement Plan | $2,951.00 |
| | Please enter invoice #06728-092992 on your check. | |
| | Please remit a copy of this invoice with your check to the above address. Balances are payable within 30 days. A late charge of 1% per month will accrue on invoices unpaid after 30 days. | |

*Towers Perrin* _____

**MERITER**

November 25, 1992

Mr. Matthew Uselman
Trust Officer
Firstar Bank Madison
P.O. Box 7900
Madison, WI  53707

Dear Mr. Uselman:

From the funds in the Meriter Employee Retirement Plan
money market fund (Account Key 416540103), please issue
a check payable to **Towers Perrin** in the amount of **Two
Thousand Nine Hundred Fifty-One and no/100 Dollars
($2,951.00).**  This represents payment of fees for
consulting services.

Please send the check to me at:  Personnel Services,
Meriter Health Services, 202 South Park Street,
Madison, WI  53715.

Thank you for your assistance.

Sincerely,

*Carol Kelty*

Carol Kelty
Employee Benefits Manager

**Meriter Health Services, Inc.**
309 W. Washington Avenue
Madison, WI 53703
608 267-6000

MER00002746

1000 North Water Street, Suite 1000
Milwaukee, WI 53202-3197
414 273-1046
Fax: 414 287-1350

# *Towers Perrin*

CONFIDENTIAL

September 29, 1992

Ms. Carol Kelty
Personnel Specialist
Meriter Health Services, Inc.
309 West Washington Avenue
Madison, Wisconsin 53703

Dear Carol:

We have enclosed our invoice for Towers Perrin consulting services provided to Meriter Health Services for the month of August 1992. The charges for the period are itemized as follows:

|  |  | Hours | Amount |
|---|---|---|---|
| ■ | Work on process on 1992 actuarial valuation | 17.0 | $2,951 |
|  | TOTAL | 17.0 | $2,951 |

We have also enclosed the project billing status summary.

As always, feel free to call me if you have any questions.

Sincerely,

Gary W. Weston, A.S.A.
Consultant

cf

Enclosures

MER00002747

MERITER HEALTH SERVICES, INC.
1992 PROJECT BILLING STATUS
THROUGH:   8/31/92

| Project Name | Project Number | Budget | Current Month Charges | Charges To-Date | Budget Balance |
|---|---|---|---|---|---|
| 1992 "Full" Actuarial Valuation | 002 | $12,600 | $2,951 | $9,115 | $3,485 |
| 1991 Year-end Financial Disclosure and Pension Expense Estimates | 012 | 4,200 | 0 | 181 | 4,019 |
| General Plan Consulting | 001 | 10,000 | 0 | 0 | 10,000 |
| Review of Executive Compensation/Benefits | 003 | 5,000 | 0 | 1,887 | 3,113 |
| Benefit Certification and Estimates | 008 | n/a | 0 | 0 | 0 |
| Setting the Index Rate | 013 | 4,500 | 0 | 0 | 4,500 |
| | | $36,300 | $2,951 | $11,183 | $25,117 |

MER00002748

*Towers Perrin*

# (6)

**Towers Perrin
Invoice and Payment Approval**
October 30, 1992

**(MER00002737-43)**



**FIRSTAR BANK MADISON**

FIRSTAR BANK
MADISON, N. A.
MADISON WI 53707

**TRUST CHECK**
79-46
759

09-00-001-6540103

NO. 332721

12/28/92

******8,658 DOLLARS 00 CENTS

PAY  $******8,658.00

TRUST AND INVESTMENT MANAGEMENT DIVISION

PAY TO THE
ORDER OF      TOWERS PERRIN

_Kenneth A. Breway_ 3340

AUTHORIZED SIGNATURES

VOID AFTER 6 MONTHS

⑈332721⑈ ⑆075900465⑆ 312900⑈032⑈

09-00-001-6540103

DETACH CHECK BEFORE DEPOSITING
MERITER HLTH PEN MM

122892

ADMINISTRATIVE EXPENSE
FEES FOR CONSULTING SERVICE
INVOICE #06728-103092A

$******8,658.0

TOWERS PERRIN

D. 164 (9-92)         FIRSTAR BANK MADISON, N.A., MADISON, WISCONSIN 53707

MER00002737

# *Towers Perrin*

October 30, 1992

Meriter Health Services, Inc.
309 West Washington Avenue
Madison, Wisconsin  53703
**Madison General Hospital Employee Pension Trust**

| Date | | Amount |
|---|---|---|
| September 1992 | For administrative costs related to the Meriter Retirement Plan | $8,658.00 |

Please enter invoice #06728-103092a on your check.

*Please remit a copy of this invoice with your check to the above address. Balances are payable within 30 days.*
*A late charge of 1% per month will accrue on unpaid invoices after 30 days.*

MER00002738

P.O. Box 8500, S-6110
Philadelphia, PA 19178

# *Towers Perrin*

October 30, 1992

Meriter Health Services, Inc.
309 West Washington Avenue
Madison, Wisconsin 53703
**Madison General Hospital Employee Pension Trust**

| Date | | Amount |
|---|---|---|
| September 1992 | For administrative costs related to the Meriter Retirement Plan | $8,658.00 |

Please enter invoice #06728-103092a on your check.

*Please remit a copy of this invoice with your check to the above address. Balances are payable within 30 days.*
*A late charge of 1% per month will accrue on unpaid invoices after 30 days.*

# MERITER

December 23, 1992

Mr. Matthew Uselman
Trust Officer
Firstar Bank Madison
P.O. Box 7900
Madison, WI  53707

Dear Mr. Uselman:

From the funds in the Meriter Employee Retirement Plan
money market fund (Account Key 416540103), please issue
a check payable to **Towers Perrin** in the amount of **Eight
Thousand Six Hundred Fifty-Eight and no/100 Dollars
($8,658.00).**  This represents payment of fees for
consulting services, invoice #06728-103092a.

Please send the check to me at:  Personnel Services,
Meriter Health Services, 202 South Park Street,
Madison, WI  53715.

Thank you for your assistance.

Sincerely,

*Carol Kelty*

Carol Kelty
Employee Benefits Manager

**Meriter Health Services, Inc.**
309 W. Washington Avenue
Madison, WI 53703
608 267-6000

1000 North Water Street, Suite 1000
Milwaukee, WI 53202-3197
414 273-1046
Fax: 414 287-1350

# *Towers Perrin*

CONFIDENTIAL

October 30, 1992

Ms. Carol Kelty
Personnel Specialist
Meriter Health Services, Inc.
309 West Washington Avenue
Madison, Wisconsin 53703

Dear Carol:

We have enclosed our invoice for Towers Perrin consulting services provided to
Meriter Health Services for the month of September 1992. The charges for the
period are itemized as follows:

|  |  | Hours | Amount |
|---|---|---|---|
| ■ | General retirement plan consulting, including contribution sensitivity to assumption change | 12.9 | $2,072 |
| ■ | Work in process on pension estimate -- PBGC filings for Retirement Plan | 20.1 | 3,101 |
| ■ | Work in process on 1992 actuarial valuation | 32.5 | 3,485 |
| ■ | Work on executive benefit illustrations | 7.3 | 1,153 |
|  | TOTAL | 72.8 | $9,811 |

*(handwritten note beside first three items: Pension Fund)*
*(handwritten note beside last item: Exec Benefit Acct)*

We have prepared separate invoices for this work, broken out by charges you may
wish to have the trust pay and charges that should be paid by Meriter.

*(handwritten signature: OK)*

*Towers Perrin* _____

We have also enclosed the project billing status summary.

As always, feel free to call me if you have any questions.

Sincerely,

Gary W. Weston, A.S.A.
Consultant

cf

Enclosures

MERITER HEALTH SERVICES, INC.
1992 PROJECT BILLING STATUS
THROUGH:    9/30/92

| Project Name | Project Number | Budget | Current Month Charges | Charges To-Date | Budget Balance |
|---|---|---|---|---|---|
| 1992 "Full" Actuarial Valuation | 002 | $12,600 | $3,485 | $12,600 | $0 |
| 1991 Year-end Financial Disclosure and Pension Expense Estimates | 012 | 4,200 | 3,101 | 3,282 | 918 |
| General Plan Consulting | 001 | 10,000 | 2,072 | 2,072 | 7,928 |
| Review of Executive Compensation/Benefits | 003 | 5,000 | 1,153 | 3,040 | 1,960 |
| Benefit Certification and Estimates | 008 | n/a | 0 | 0 | 0 |
| Setting the Index Rate | 013 | 4,500 | 0 | 0 | 4,500 |
| | | $36,300 | $9,811 | $20,994 | $15,306 |

MER0000002743

*Towers Perrin*